No. 949. JOHN P. BROGAN, PETITIONER, *v.* THE NATIONAL SURETY COMPANY. May 1, 1916. Petition for a writ of certiorari to the United States Circuit Court of

Appeals for the Sixth Circuit denied. *Mr. John A. Cline* for the petitioner. *Mr. Thomas H. Hogsett* for the respondent.